OFFICE OF DISCIPLINARY COUNSEL *v.* COX.

[Cite as Disciplinary Counsel *v.* Cox (1991), 58 Ohio St. 3d 124.]

(No. 90-1711—Submitted October 17, 1990—Decided March 27, 1991.)

*J. Warren Bettis*, disciplinary counsel, for relator.

*Lawrence Virgil Cox, pro se.*

*Per Curiam.* We adopt the findings of fact, conclusions of law, and recommendation of the board. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.